PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Wayne Cross          **Docket Number:** 01-00197-010

**Name of Sentencing Judicial Officer:** HONORABLE Dickinson R. Debevoise

**Date of Original Sentence:** 01/10/2005

**Original Offense:** Health Care Fraud

**Original Sentence:** 6 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** 08/01/05

**Assistant U.S. Attorney:** Grady O'Malley, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Thomas Cataldo, 415 Speedwell Avenue, Suite 2, Morris Plains, New Jersey 07933 973-326-1875

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**The defendant shall not leave the judicial district without the permission of the Court or the Probation Officer,**' in that on or about September 27, 2007, he was in Tuckahoe, New York without the permission of the Probation Officer. |
| 2 | The offender has violated the supervision condition which states '**The defendant shall not associate with any person engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Officer,**' in that on or about September 27, 2007, the offender met with Martin Tacetta, who was convicted in Essex County, N.J. Superior Court of Assault and Conspiracy to Commit Extortion; and with Joseph DiNapoli, who was convicted in New York State Court of Loansharking and Fraud. |

PROB 12C - Page 2
Wayne Cross

I declare under penalty of perjury that the foregoing is true and correct.

By: Nancy Hildner
Senior U.S. Probation Officer
Date: 4/8/08

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.   Date of Hearing: May 19, 2008  2:00 PM
[ ] No Action
[ ] Other

Signature of Judicial Officer

April 14, 2008
Date