UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES of AMERICA      :

       Plaintiff,           :

                                CR. Action No. 01-197-10 (DRD)

                      :

v.                            :            O R D E R

WAYNE CROSS                   :

       Defendant.           :

This matter having come before the Court by Defendant WAYNE CROSS, requesting this Court to delay his surrender date;

For good cause shown;

It is on this 12th day of August, 2008 ORDERED that the defendants surrender date is extended to November 11, 2008, at which time he is to surrender to the institution as designated by the Bureau of Prisons.

                                                                 _____
                                                                 DICKINSON R. DEBEVOISE, U.S.S.D.J.